THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Clifford Haltiwanger, Appellant.
 
 
 

Appeal From Richland County
James W. Johnson, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2010-UP-014
Submitted January 4, 2010  Filed January
 25, 2010   
APPEAL DISMISSED

 
 
 
 Appellate Defender Lanelle Durant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and
 Solicitor Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM: 
 Clifford Haltiwanger appeals his convictions and sentences for trafficking in
 cocaine, arguing the circuit court erred in refusing to charge the jury on the
 lesser included offense of possession with intent to distribute crack cocaine
 because some evidence indicated the drugs did not cross the weight threshold
 for trafficking.  After a thorough review
 of the record and counsel's brief pursuant to Anders v. California, 386
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] Haltiwanger's appeal and grant counsel's motion to be relieved. 
APPEAL
 DISMISSED.  
HUFF,
 A.C.J., GEATHERS, J., and CURETON, A.J., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.